FILED

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0613

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0613

_____

MONTANA RIVERS, GALLATIN WILDLIFE
ASSOCIATION, and COTTONWOOD
ENVIRONMENTAL LAW CENTER,

      Plaintiffs and Appellants,

   v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY,

      Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter B. Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2022